大成 DENTONS

Jonathan Hong
Associate

jonathan.hong@dentons.com
D +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

February 10, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. In view of the parties' representation that a stay will allow them to finalize a voluntary dismissal of this action, the Court will grant a limited stay of case deadlines until March 31, 2025.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> February 11, 2025

Re:    Sumlin v. Harman International Industries, Incorporated, Case No. 1:24-cv-07565-RA

Dear Judge Abrams:

We represent defendant Harman International Industries, Incorporated ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 12, 2025 to March 31, 2025.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Jonathan S. Hong*
Jonathan S. Hong

cc:    All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms